CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
OCT 0 7 2005
JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

SHIRLEY PRESLEY,

                 *Plaintiff,*

v.

CITY OF CHARLOTTESVILLE,
AND RIVANNA TRAILS FOUNDATION,

                 *Defendants.*

CIVIL ACTION No. 3:05-CV-00010

ORDER

JUDGE NORMAN K. MOON

Before the Court are the Defendants' Motions to Dismiss. For the reasons set forth in the accompanying Memorandum Opinion, it is accordingly

ORDERED

as follows:

1. The Motions to Dismiss filed by Defendants City of Charlottesville and Rivanna Trails Foundation shall be, and they hereby are, GRANTED.

2. The above-captioned action shall be, and it hereby is, STRICKEN from the docket of the Court.

ENTERED: _____
United States District Judge

10/7/05
Date